UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-00002 |
| | ) | JUDGE RICHARDSON |
| | ) | |
| ALISHA SCUDDER | ) | |

### MOTION FOR LEAVE TO FILE DOCUMENT EX PARTE AND UNDER SEAL

On behalf of Alisha Scudder, undersigned counsel moves to file a motion ex parte and under seal. The motion involves confidential and sensitive information, as well as information related to case strategy and preparation.

Respectfully submitted,

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI (BPR# 34215)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Jessica_dragonetti@fd.org

Counsel for Alisha Scudder

### CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing *Motion for Leave to File Document Ex Parte and Under Seal* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Monice Morrison, United States Attorney, 719 Church Street, Suite 3300, Nashville, TN 37203; Benjamin Perry, Attorney for Dewayne Price, Jr., 40 Music Square East, Nashville, TN 37203.

*/s/ Jessica M. Dragonetti*
JESSICA M. DRAGONETTI