IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 3:23-cr-00002-2 |
| | ) | |
| | ) | Judge Richardson |
| ALISHA SCUDDER | ) | |

## **FACTUAL BASIS FOR GUILTY PLEAS**

COMES NOW the United States of America, by and through Robert E. McGuire, Acting

United States Attorney, and Monica R. Morrison, Assistant United States Attorney, and files this

the Factual Basis for the Defendant's Guilty Pleas.

On October 18, 2022, a knock and talk was conducted at Dewayne Price, Jr.'s residence in Ooltewah, Tennessee, in connection with two CyberTips received from the National Center for Missing and Exploited Children ("NCMEC"). The CyberTips related to chat logs and suspected child abuse material (child pornography) uploaded to the Skout and Kik applications. TBI and the Hamilton County Sheriff's Office contacted Price, who confessed to being the party involved in chats related to one of the CyberTips. Price provided written consent for law enforcement to search several cell phones and a desktop computer. During an on-scene preview of his electronic devices, law enforcement observed numerous files depicting child sexual abuse material.

On October 26, 2022, Price was interviewed by FBI Chattanooga. Price said he utilized the Kik and Scout social applications to meet women. He stated one of the women he was talking to on Skout, the Defendant, had access to a young female child, who was about 5 or 6 years old, and would send sexually explicit photos including sexually explicit photos of this young female child.

On December 9, 2022, Price was arrested by law enforcement. During a post-*Miranda* interview, Price confessed to attempting to meet adult women on Skout and Kik, gauging their receptiveness to perform and film sexual activity with young female children, and then distributing the images he received via the Kik social media application.

Price stated he communicated with the Defendant, who lived in Lebanon, Tennessee, which is within the Middle District of Tennessee. Price said he met the Defendant in person for sex one time and discussed the possibility of him having sex the older female child she had access to, who was under the age of fourteen, for approximately $400. He paid the Defendant $100 via CashApp for a video of the Defendant performing oral sex on the younger female child she had access to, which the Defendant sent to Price. Price claimed he deleted this video. Price said he believed this

occurred a year ago, and the younger female child the Defendant had access to was approximately 7 or 8 years old at the time. Price was shown an image of a piece of clothing worn in an image of child sexual abuse material that was recovered from his electronic devices, and he identified it as an image he received from the Defendant of the young female child.

FBI Chattanooga subsequently contacted FBI Nashville on December 9, 2022, for assistance with the investigation. Through surveillance efforts, law enforcement database queries, and open-source queries, law enforcement identified the Defendant's residence in Lebanon, Tennessee.

On the evening of December 9, 2022, FBI Nashville obtained a federal search warrant for the search of the Defendant's residence and electronic devices. Later that night, law enforcement executed the search warrant at the Defendant's residence. The Defendant was present during the search of the residence.

During the search of the residence, law enforcement located several electronic devices in the residence, including a blue LG Stylo 6 cell phone. During a post-*Miranda* interview, the Defendant claimed ownership of the blue LG Stylo 6 cell phone, which was password protected, and said no one else used it.

During an on-scene preview of the LG Stylo 6 cell phone, law enforcement located several images of child sexual abuse material in a WhatsApp chat message with an individual identified as "Drake," who was identified as Price. In the chat thread with "Drake," law enforcement noted a conversation on July 10, 2021. In the conversation on July 10, 2021, the Defendant told "Drake" that it's just her and the minor females. "Drake" told the Defendant she could make some money if the Defendant got one of the minor females to play with the Defendant's vagina. "Drake" then told the Defendant to lick the minor female's vagina, but said he wanted to see the minor female's face in the image. The Defendant then asked "Drake" if he could send money to her. "Drake" told the Defendant he would send the money after she made the video he requested. "Drake" then asked the Defendant to ask the minor female if she liked the Defendant licking her.

Within 15 minutes of the chat, the Defendant sent a video to "Drake." The video was approximately one minute and forty-five seconds in length. The video depicted a prepubescent female lying down on a bed. The minor female child was naked from the waist down. During parts of the video, an adult female wearing glasses performed oral sex on the minor female child. The minor child in the video was identified by law enforcement. The Defendant was the adult female in the video. After sending the video, the Defendant told "Drake" that she hoped he liked it because she hurt her neck at work, so it was hard for her to do anything. "Drake" then asked which profile was hers after sending a screenshot of a Facebook profile matching the description of the Defendant. "Drake" told the Defendant he sent her $50.

During a chat message on December 22, 2021, "Drake" stated he wished the Defendant could make one of the minor females take a naked picture. The Defendant then sent an image of a prepubescent minor female child lying naked on a bed. The minor female child's face was visible in the photo. "Drake" then offered to send money via Facebook to the Defendant if she could make the minor female perform oral sex on the Defendant. The Defendant then sent another image

to "Drake" of fingers spreading open the vagina of the minor female child. The child's face was not visible in the image.

On or about January 6, 2022, "Drake" asked the Defendant to send "sexy" full body pictures with legs spread open. The Defendant then sent another two images of a prepubescent minor female child, who was naked from the waist down, lying down with her legs spread open. The focus of the image was the minor child's genitals. The minor female's face was partially visible in the images. (These two images were located on Price's devices.) After observing the interior of the Defendant's residence, law enforcement believed the images were created at the Defendant's residence based on items depicted in the background of the images.

On March 13, 2022, the Defendant sent three images to "Drake" depicting a prepubescent minor female child. One image depicted the fingers of an adult finger spreading open the vagina of a minor child. The second image depicted the minor female's legs spread open. The third image depicted the minor female spreading her vagina open. The focus of all three images was the minor female's genital area. The minor female's face was partially visible in two of the images.

During the execution of the search warrant on December 9, 2022, law enforcement interviewed the Defendant. Prior to the interview, the Defendant was advised of her *Miranda* rights, which she agreed to waive and speak with Agents. The Defendant admitted meeting Price on the MeetMe social media application. The Defendant said Price lived in Ootlewah, Tennessee. The Defendant's MeetMe account was hacked, and MeetMe disabled her account. Price told the Defendant to download the Kik social media application. The Defendant claimed Price was the only individual she communicated with on Kik. In June 2019, Price told the Defendant he wanted to meet her, so she invited him to her residence. Price took the Defendant and the two minor females to CiCi's pizza and then the laundry mat. After going to the laundry mat, the Defendant, the two minor females, and Price watched a movie on the Defendant's bed. Price wanted to have a threesome with the Defendant and the older minor female. Price made the older minor female grab his penis and recorded a video of Scudder performing oral sex on the older minor female, who was under the age of fourteen. Price also recorded the Defendant penetrating the older minor female's vagina with one finger in another video. The Defendant claimed Price sent both videos he recorded of the Defendant engaging in sexually explicit conduct with the older minor female to the Defendant.

After Price visited the Defendant and returned to his home in the Eastern District of Tennessee, he told the Defendant to send sexually explicit photos of the minor females. The Defendant then sent two photos to Price on Kik. The Defendant took the photos with her old phone, the LG Stylo 6 cell phone. Price gave the Defendant money in return for the sexually explicit photos of the minor females. The minor females were approximately four and five at the time she took the photos she sent to Price. The Defendant claimed she only sent Price two nude photos of the minor females on the Kik application. She said the only time she had oral sex and penetrated one of the minor female's vaginas was when Price visited in June 2019. She admitted she touched both minor female's vaginas and licked the older minor female's vagina.

The Defendant was shown five photographs during her interview, which came from Price's electronic devices. The Defendant said picture 1 was a photograph of the younger minor female. She took the picture for Price at her former residence on Fairview. She sent the picture to Price on Kik. Price paid the Defendant $20 for the photograph. She claimed photograph 3 was a close up of photograph 1. The Defendant claimed photograph 2 was of the older minor female. She took the photograph of the older minor female at her current residence, where she lived since 2021. She sent the photograph to Price via Kik. She stated the minor females still had the shirt the older minor female was wearing in the photograph 2. She stated photographs 4 and 5 were close up images of photograph 2.

The Defendant admitted she created the sexually explicit images and videos of the minor females using her LG Stylo 6 cell phone, which was produced using materials that were mailed, shipped, or transported in interstate or foreign commerce. To provide these images to Price, she transported them in interstate or foreign commerce via the Kik or WhatsApp applications using the internet, which is a means or facility of interstate or foreign commerce. The images and videos the Defendant produced of the minor females depicted the lewd and lascivious displays of their genitals or depicted them engaging in sexually explicit conduct. The WhatsApp chats between the Defendant and Price confirm that the Defendant knew the content of the sexually explicit images and videos she produced as the images and videos mirrored requests by Price. The discovery of some of these images on Price's electronic devices confirm the Defendant distributed them to Price, and they were in fact transported in interstate or foreign commerce. Both the Defendant and Price admitted that Price paid the Defendant for some of these sexually explicit images.

The Defendant knowingly provided the minor females, minor victims 1 and 2, to engage in commercial sexual acts for which the Defendant received money from Price. The Defendant knew minor victims 1 and 2 were under the age of fourteen because of her relationship with them. The acts of providing the minor females to Price for the commercial sexual acts, the creation of child sexual abuse material, and the communication regarding these acts was in or affected interstate or foreign commerce as the sexually explicit images and videos were transported between the Defendant and Price via the internet. Additionally, the communication about the creation and transmission of these sexually explicit images and videos occurred via the internet, which is a means or facility of interstate and foreign commerce. Price also traveled in interstate commerce when he traveled from the Eastern District of Tennessee to the Middle District of Tennessee to meet Scudder and the minor victims when some of the child sexual abuse material was created, which the Defendant described in her interview. Price sent the Defendant money via Facebook for the creation of the child sexual abuse material, so the money the Defendant received from Price was transported via the internet.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney


By:    */s/ Monica R. Morrison*
      MONICA R. MORRISON
      Assistant United States Attorney
      719 Church Street, Suite 3300
      Nashville, Tennessee 37203
      Telephone: 615-401-6593
      Monica.Morrison@usdoj.gov


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed with the United States District Court Clerk via CM/ECF, which will send Notice of Electronic Filing to counsel for the Defendant, on the 30th day of September 2025.

    */s/ Monica R. Morrison*
    MONICA R. MORRISON