# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

UNITED STATES OF AMERICA
V.

ALISHA DANIELLE SCUDDER

**EXHIBIT AND WITNESS LIST**

Case Number:  3:23-cr-00002-2

| PRESIDING JUDGE<br>Eli Richardson | | | | | PLAINTIFF'S ATTORNEY<br>Monica Morrison | DEFENDANT'S ATTORNEY<br>Jessica Dragonetti |
|---|---|---|---|---|---|---|
| SENTENCNG HEARING<br>07/27/2026 | | | | | COURT REPORTER<br>Gary Schneider | COURTROOM DEPUTY<br>Julie Jackson |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | 07/27/2026 | | | | |
| X | | | | | **WITNESS**:  Allison Ortiz (testimony sealed) | |
| 3 | | | X | X | **SEALED-**Handwritten notes of A. Ortiz (3 pages) | |
| X | | | | | **WITNESS**:  Special Agent Whitney Plummer, FBI | |
| | X | | | | **WITNESS:**  Patty Van Eys, Ph.D., Clinical Psychologist | |

Page 1 of ___1___

Case 3:23-cr-00002    Document 101    Filed 07/27/26    Page 1 of 1 PageID #: 396